IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OLUWASHINA KAZEEM AHMED-AL-KHALIFA,
a/k/a OLUWASHINA AHMED,
a/k/a MARK AYILLA,

    Plaintiff,

v.                                                       3:13cv289-WS

THE SALVATION ARMY, NIGERIA
TERRITORY SOCIAL SERVICES SECTION,

    Defendant.

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 5) docketed April 29, 2013. The magistrate judge recommends that this case be dismissed for lack of subject matter jurisdiction. No objections to the report and recommendation have been filed.

    The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference in this order.

    2. The plaintiff's complaint and this action are DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

4. All pending motions are DENIED.

DONE AND ORDERED this   3rd   day of   June  , 2013.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE