UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OLUWASHINA KAZEEM AHMED-AL-KHALIFA, a/k/a OLUWASHINA AHMED, a/k/a MARK AYILLA,

VS                                                                    CASE NO.  3:13cv289-WS

THE SALVATION ARMY, NIGERIA
TERRITORY SOCIAL SERVICES
SECTION,

## JUDGMENT

All claims are dismissed with prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

June 4, 2013                            s/ David L. Thomas
DATE                                    Deputy Clerk: David Thomas